[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
May 8, 2008
THOMAS K. KAHN
CLERK

No. 07-14801
Non-Argument Calendar

_____

D. C. Docket No. 06-01423-CV-BE-E

ARAMETTA PORTER,

Plaintiff-Appellant,

versus

UNITED STATES OF AMERICA,

Defendant-Appellee.

_____

On Appeal from the United States District Court
for the Northern District of Alabama

_____

**(May 8, 2008)**

Before TJOFLAT, BIRCH and DUBINA, Circuit Judges.

PER CURIAM:

For the reasons stated in the district court's Memorandum Opinion of September 6, 2007, we agree that the discretionary function exception of the Federal Tort Claims Act deprived the district court of jurisdiction over Count I of plaintiff's complaint, and that plaintiff's Count II Resource Conservation and Recovery Act claim could not proceed because the Act does not provide for an award of damages in tort.

Plaintiff argues that the court abused its discretion by entering its September 6 dispositive order without allowing her additional time to obtain the discovery necessary to establish her claims for relief. We find no abuse in this case.

The judgment of the district court is due to be, and is,

AFFIRMED.